RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/5/14
      /n3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAS RAHIM (#54889-019) | DOCKET NO. 14-CV-2503; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| USA | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of November, 2014.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE